# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2015

## NO. 03-15-00046-CV

**Kirk Koether and Vicki Koether, Appellants**

**v.**

**Amber Novasad-White, Individually and d/b/a/ Nova Tech Foundation Repair, and John Novosad, Individually and d/b/a Nova Tech Foundation Repair, Appellees**

### APPEAL FROM THE 21ST DISTRICT COURT OF LEE COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on December 18, 2014. Having reviewed the record, the Court holds that Kirk Koether and Vicki Koether have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.